**[J-72-2015]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 143 MAP 2014 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court, dated 6/6/14 at No. 2236 MDA |
| v. | : | 2013 affirming the Judgment of Sentence |
| | : | of Centre County Court of Common Pleas, |
| | : | Criminal Division, at No. CP-14-CR- |
| JAMES LYNN HEFFERMAN, | : | 0000514-2013 dated 11/26/13 |
| | : | |
| Appellant | : | ARGUED: October 7, 2015 |

**ORDER**

**PER CURIAM**                                                   **DECIDED: October 16, 2015**

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**